1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN R. DEMOS,

                        Plaintiff,

        v.

STATE OF WASHINGTON,

                        Defendant.

CASE NO. C22-103-RSM

**ORDER**

        Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge and the remaining record, the Court finds and ORDERS:

        (1)     The Court ADOPTS the Report and Recommendation.

        (2)     The Court DENIES plaintiff IFP status and DISMISES the proposed complaint, Dkt. 1, without prejudice in accordance with 28 U.S.C. § 1915(g) and standing bar orders.

        (3)     The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

//

//

//

ORDER - 1

DATED this 7th day of February, 2022.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE